UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARCUS SHOENTHAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SEYMOUR, ) <br> BRYANT LUCAS Chief in his individual and ) <br> official capacity, ) <br> GREG O'BRIEN Assistant Chief in his individual ) <br> capacity, ) <br> JOHN WATSON Capt. in his individual capacity, ) <br> ) <br> Defendants. ) | Case No. 4:21-cv-00079-TWP-KMB |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants the City of Seymour, Bryant Lucas, Greg O'Brien, and John Watson, and against Plaintiff Marcus Shoenthal.

This action is **TERMINATED**.

Dated: 1/10/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Blake J. Burgan
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
bburgan@taftlaw.com

Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
bellis@hkm.com

Kristine Anne Gordon
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
kgordon@taftlaw.com

Kaitlin F. Voller
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
kvoller@taftlaw.com